UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM BRADLEY BELL AND
TADE BELL,

    Plaintiffs,

v.

Case No.:
2:20-cv-309-JLB-NPM

ACE INSURANCE COMPANY OF THE MIDWEST,

    Defendant.
_____/

## NOTICE OF ATTORNEYS' CHARGING LIEN

Undersigned counsel **HAROLD Y. LEVY, ESQUIRE OF HL LAW GROUP, P.A**., (hereinafter "HLLG" or "the Firm"), former counsel of Plaintiff in the action by and between CMC RESTORATION, INC. a/a/o TADE BELL versus ACE INSURANCE COMPANY OF THE MIDWEST, with assigned case number, 11-2018-CA-003543-0001-XX and filed in the Twentieth Judicial Circuit in and for Collier County, Florida (hereinafter "the State action"), hereby files their charging lien for unpaid attorneys' fees and costs. In support thereof, HLLG sets forth, as follows:

1.    CMC RESTORATION, INC. a/a/o TADE BELL (hereinafter "prior Plaintiff"), agreed to pay HLLG a reasonable fee for the services rendered on its behalf in connection with the matters pertaining to the State action, by virtue of a fully executed Assignment of Benefits signed by insured, Tade Bell. The Firm had rendered services to prior Plaintiff, CMC RESTORATION, INC. a/a/o TADE BELL, and expended costs on its behalf in an amount to be determined in connection with the prosecution of the action related to the

State action. Payment for those services and costs have not been made as of this date and are due and owing to HLLG.

2. Pursuant to the Firm's retainer agreement with the prior Plaintiff, HLLG is entitled to payment of attorney's fees and costs incurred in the State action through this date from any settlement funds or monies recovered from the Defendant to be paid to the prior Plaintiff and/or its subsequent counsel retained in the State action and the case at bar.

3. The Firm's Charging Lien relates back to the date of the Retainer Agreement executed by prior Plaintiff on August 27, 2018, and encompasses all fees, costs, and advances rendered in connection with the State action as well as this action, and is superior in dignity to any other liens subsequent to the date of the signed Retainer Agreement.

4. In accordance with such contract, undersigned counsel undertook such representation of prior Plaintiff, and furnished legal representation to prior Plaintiff from the date of engagement until filing of its Notice of Charging Lien dated April 24, 2020. Additionally, the firm undertook actions with regard to the subject claim, at the request of the insured, Tade Bell. *See prior Plaintiff's Notice of Charging Lien, attached hereto as* Exhibit A, *for the Court's reference*.

5. Prior Plaintiff, has failed and refused to pay undersigned counsel the balance due for reasonable services which were required up to and through April 24, 2020.

6. A balance remains due to **HAROLD Y. LEVY, ESQUIRE OF HL LAW GROUP, P.A.**

7. The Firm shall be entitled to be noticed of the finalization of this matter through either settlement or judicial determination and to be noticed of any and all hearings that relate to the issue of the Firm's Charging Lien, for the case at bar and/or which involve final disposition of this matter by out-of-court settlement or judicial determination.

**WHEREFORE, HAROLD Y. LEVY, ESQUIRE OF HL LAW GROUP, P.A.,** requests the Court to enter a charging lien in this matter in favor of **HAROLD Y. LEVY, ESQUIRE OF HL LAW GROUP, P.A.**

[Certificate of Service is located on the following page]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send a notice of electronic filing to: Alexander J, Perkins, Esq., Perkins Law Offices, P.A., (Counsel for Plaintiffs), at perkins@perkinslawoffices.com; and James Richard Young, III, Esq., Mozley, Finlayson & Loggins, LLP, (Counsel for Defendant) at ryoung@mfllaw.com on this 2nd day of September, 2020.

**HL LAW GROUP, P.A.**

By: /s/ *Harold Y. Levy*
Harold Levy, Esquire
FBN: 30478
2601 East Oakland Park Boulevard, Suite 503
Fort Lauderdale, Florida 33306
Telephone: (954) 713-1212
Facsimile: (954) 760-4239
Email: Service@HLLawGroup.com
Harold@HLLawGroup.com
Secondary Email: Barbara@HLLawGroup.com

# EXHIBIT A