|  |  |
|---|---|
| CMC RESTORATION, INC. a/a/o TADE BELL, | IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT, IN AND FOR COLLIER COUNTY, FLORIDA |
| Plaintiff, | CASE NO.: 2018-CA-003543-0001-XX |
| v. |  |
| ACE INSURANCE COMPANY OF THE MIDWEST, |  |
| Defendant. ____/ |  |

## NOTICE OF CHARGING LIEN

PLEASE TAKE NOTICE that the law firm of HL Law Group, P.A., counsel of record for Plaintiff, CMC RESTORATION, INC. a/a/o TADE BELL, hereby files its charging lien for unpaid fees and costs incurred in this matter in connection with its representation of Plaintiff in this action relating to the insurance claim in dispute.

Plaintiff has agreed to pay HL Law Group, P.A. a reasonable fee for services rendered on their behalf.  The law firm has rendered services to Plaintiff and expended costs on their behalf in in connection with the prosecution of the action related to this litigation.  Payment for those services and costs has not been made as of the below date.  The law firm is entitled to payment of the fees and costs incurred in this litigation through this date from any settlement funds recovered from the Defendant to be paid to the Plaintiff and/or their subsequent counsel retained in connection with this insurance claim.

This Attorney's Charging Lien relates back to the date of the Retainer Agreement dated August 27, 2018, and encompasses all fees, costs and advances rendered in connection with this action, and is superior in dignity to any other liens subsequent to the date of the signed retainer.

HL Law Group, P.A., shall be entitled to notice of the finalization of this matter through either settlement or judicial determination, and to notice of any and all hearings that relate to the issue of HL Law Group, P.A's Charging Lien and/or which involve final disposition of this matter by out-of-court settlement or judicial determination.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via electronic mail through the Florida Courts e-filing portal to: J. Richard Young, Esq., Mozley Finlayson & Loggins, LLP (Counsel for Defendant) at ryoung@mfllaw.com on this 24th day of April, 2020.

**HL LAW GROUP, P.A.**

By: /s/ *Brian K. Lewis, Jr.*
Harold Levy, Esquire
FBN: 30478
Brian K. Lewis, Jr., Esquire
FBN: 119920
Attorney for Plaintiff
2601 East Oakland Park Boulevard, Suite 503
Fort Lauderdale, Florida 33306
Telephone: (954) 713-1212
Facsimile: (954) 760-4239
Email: Service@HLLawGroup.com
Secondary Email:
Brian@HLLawGroup.com
Shane@HLLawGroup.com
PMagee@HLLawGroup.com